UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIVER CITY INVESTORS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>KAHLIK ALEXANDER, et al.,<br><br>Defendants. | No.  2:13-cv-0922 JAM CKD PS<br><br><br><br>ORDER |

  Defendant, proceeding pro se, removed the above-entitled action from state court.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

  On May 16, 2013, the magistrate judge filed findings and recommendations herein which were served on defendant and which contained notice to defendant that any objections to the findings and recommendations were to be filed within fourteen days.  Defendant has not filed objections to the findings and recommendations.

  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

  1. The findings and recommendations filed May 16, 2013 are adopted in full; and

/////

/////

1

2. The above-entitled action is summarily remanded to the Superior Court of California, County of Sacramento.

DATED: June 17, 2013

                                     /s/ John A. Mendez  
                                     UNITED STATES DISTRICT COURT JUDGE